**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NURDIN SAHBEGOVIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-01449-RHH |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM AND ORDER</u>

This case is before the Court on Commissioner Frank Bisignano's ("the Commissioner's") Motion to Reverse and Remand the case to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 17). Plaintiff has no objection to Defendant's motion. (ECF No. 18.) The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C.§ 636(c)(1). (ECF No. 5).

On September 24, 2025, Plaintiff filed a Complaint seeking review of the Commissioner's decision that Plaintiff was not under a disability within the meaning of the Social Security Act. (ECF No. 1). The Commissioner filed the transcript of the administrative proceedings on November 20, 2025. (ECF No. 6). Plaintiff filed a brief in support of the Complaint on March 20, 2026. (ECF No. 14.)

On May 14, 2026, the Commissioner filed the instant motion to reverse and remand the case to the Commissioner for further action under sentence four of section 205(g) of the Social Security Act, which permits the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the

cause for a rehearing." 42 U.S.C. § 405(g). The Commissioner states that remand is necessary for further evaluation of Plaintiff's claim, and on remand, the administrative law judge will offer the claimant an opportunity for a hearing and issue a new decision.

Based on the record, the Court grants Defendant's unopposed motion to reverse the ALJ's decision and remands this matter to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner's Motion to Reverse and Remand (ECF No. 17) is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of Social Security is **REVERSED** and that this case is **REMANDED** under Sentence Four of 42 U.S.C. § 405(g) for reconsideration and further proceedings consistent with this opinion.

Dated this 20th day of May, 2026.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE